IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LASHANNA R. DENNIS | § | |
| v. | § | CIVIL ACTION NO. 6:11cv644 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

<u>ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE</u>

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.  The Report and Recommendation recommends that action be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration limited to Step Five, in that the ALJ should obtain further, more detailed testimony from a vocational expert on remand, and should specifically identify the DOT occupational codes of any jobs found to qualify as "other work" Plaintiff could perform at Step Five.  No written objections have been filed.  The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.  In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration at Step Five consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 29th day of November, 2012.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1